**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

In re:
    Randall Carson Poole                                Case No.: 15-50491
    Monaca Larue Poole                                 Chapter 13

                        Debtors

DRRF II SPE LLC
        Movant

v.

RANDALL CARSON POOLE
MONACA LARUE POOLE
        Debtors/Respondents

and

HERBERT L. BESKIN
        Trustee/Respondent

**RESPONSE TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COME NOW the Debtors, Randall Carson Poole and Manaca Larue Poole, by Counsel, and in response to the Movant's, DRRF II SPE LLC, Objection to Confirmation of Chapter 13 Plan (the "Objection"), the Debtors state as follows:

The Debtors Plan is feasible. Mr. Poole is a self-employed landscaper. Regarding Mr. Poole's business, Apply Valley Landscaping, the Debtors anticipate an increase in monthly revenue, by gaining new business contracts, to increase disposable income.

Currently, the Debtor's business has the equivalent of 2.5 work days, per week, of guaranteed contract work, along with various miscellaneous residential jobs. The business has the capacity to take on new business and to grow.

The Debtors are presently preparing a bid for a large landscaping contract, which shall be submitted in November, for a job with a real estate company located in Winchester, Virginia. The contract will be for work at 14 properties in the Winchester, Virginia area. The real estate company is only going to hire a landscaping company with both a Virginia State pesticide license and proper certification to maintain irrigation systems. The Debtor's business complies with both of these requirements. The Debtors have been working on this contract bid for two seasons and strongly believe that they will be awarded the contract. The contract will be awarded in December 2015 and payments will begin in January 2016. The expected net income from the contract will provide disposable income sufficient to pay the increased payment, of $4,065.00, which initiates in month 13 of the Plan.

To further increase disposable income, the Debtors are also bidding on a new snow removal contract for two large commercial parking lots located in Winchester, Virginia. The bid will be submitted in September 2015.

For the foregoing reasons, the Debtors plan is presently feasible and is expected to remain feasible for the duration of the Plan. Accordingly, the Debtors request that this Honorable Court overrule the Movant's Objection and confirm the Debtors Chapter 13 Plan.

Respectfully submitted this 26th day of August, 2015.

                                              RANDALL CARSON POOLE
                                              MONACA LARUE POOLE
                                              By Counsel

/s/ John P. Goetz
John P. Goetz, VSB #78514
John Goetz Law, PLC
75 W. Lee St., Suite 104
Warrenton, VA 20186
T: (540) 359-6605
F: (540) 359-6610
docs@johngoetzlaw.com
*Counsel for Debtors*

# CERTIFICATE OF SERVICE

I certify that I have, this 26th day of August, 2015, transmitted, via postage paid first class mail, or via the CM/ECF system, a true copy of the foregoing Response to Objection to Confirmation of Chapter 13 Plan to:

Kyle Thomas Libby, Esq.
The Hunoval Law Firm, LLC
501 Minuet Lane, Suite 104-A
Charlotte, NC 28217

Herbert L. Beskin
P.O. Box 2103
Charlottesville, VA 22902

Office of the United States Trustee, Region 4
210 First Street, Suite 505
Roanoke, VA 20114

                                          /s/ John P. Goetz
                                           John P. Goetz