**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 08/08/2016 # of months: 2 |
|---|---|---|---|
| **RANDALL CARSON POOLE MONACA LARUE POOLE** | 15-50491 | 08/03/2016 | $19,634.56 |

**TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING**

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtors aforementioned have defaulted in making payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **October 05, 2016** at **9:30 A.M.**, in United States Bankruptcy Courtroom, 2nd Floor, US Courthouse, 116 North Main Street, Harrisonburg, VA  22802-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtors and Debtors' counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on August 08, 2016, copies of this Petition and Notice have been mailed to, Debtors, RANDALL CARSON POOLE, MONACA LARUE POOLE, 978 OLD CHARLES TOWN ROAD, BERRYVILLE, VA  22611, and that the Attorney for the Debtors has been notified electronically by ECF .

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@cvillech13 .net